JOHN THOMAS HENRY
NANETTE MCCAULEY HENRY
29 WOLF MEADOW RD
POPLARVILLE, MS 39470

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

BANK OF MISSOURI
P.O. BOX 85710
SIOUX FALLS, SD 57118

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE AUTO
ATTN: BANKRUPTCY
7933 PRESTON RD
PLANO, TX 75024

CARRINGTON MORTGAGE SE
1600 S DOUGLASS RD
STES 110 & 200-A
ANAHEIM, CA 92806

CAVALRY PORTFOLIO
ATTN: BANKRUPTCY
1 AMERICAN LANE
STE 220
GREENWICH, CT 06831

CITIBANK/ HOME DEPOT
BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CONTINENTAL FINANCE CO
ATTN: BANKRUPTCY
PO.BOX 3220
BUFFALO, NY 12420

CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY STREET
STE. 3500
FORT WORTH, TX 76102

JACOB LAW GROUP
P.O. BOX 948
OXFORD, MS 38655

JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902

LENDMARK FINANCIAL SER
1866 E MARKET STREET
HARRISONBURG, VA 22801

MERRICK BANK
P.O. BOX 9201
OLD BETHPAGE, NY 11804

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

SYNCHRONY BANK/LOWES
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY/ASHLEY
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232